**Jason Wesley HOYLE, Plaintiff-Appellant,**

v.

**Theodore McENTIRE, Judge, in his official capacity; William A. Leavell, III; Robert Alexander Banne Lyerly, Judge, in his official capacity; Robert G. Horne, Judge, in his official capacity; Gerald W. Wilson, District Attorney, in his official capacity; Meredith R. Roberts, Assistant District Attorney, in her official capacity; Kelsey Graff, Attorney for Legal Aid of North Carolina Inc.; Denise Lockett, Managing Attorney of Boone office of Legal Aid of North Carolina, Inc.; Celia Pistolis, Assistant Director of Advocacy and Compliance for Legal Aid of North Carolina, Inc.; Legal Aid of North Carolina, Incorporated, by and through its Board of Directors; Dana Crawford, Town of Boone Police Chief; Wanda Smith, Communications/Records Supervisor, Town of Boone, in her official capacity; Unknown Defendant, Defendants-Appellees.**

No. 14–2385.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Jason Wesley Hoyle, Appellant Pro Se. Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina; Dustin Timothy Greene, Clay Campbell Wheeler, Kilpatrick Townsend & Stockton, LLP, Winston–Salem, North Carolina; William Carleton Metcalf, Van Winkle Law Firm, Asheville, North Carolina; Harry Lee Davis, Jr., Ann Cox Rowe, Davis & Hamrick, LLP, Winston–Salem, North Carolina, for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Wesley Hoyle appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoyle v. McEntire,* No. 5:13–cv–00034–RLV–DSC, 2014 WL 6450562 (W.D.N.C. Nov. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

**122**

fore this court and argument would not aid the decisional process.

*AFFIRMED.*